THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES J. ARCHER, Appellant, against JOSEPH H. BROPHY, as Warden of Auburn Prison, Respondent.

Submitted October 18, 1943; decided October 21, 1943.

*James J. Archer,* in person, for motion.
No one opposed.

Motion denied on the ground that the appellant's appeal has not been heard on the merits in the Appellate Division; that the order of the Appellate Division refusing appellant permission to use typed papers there is not appealable; and that under the provisions of the Constitution no appeal lies to this court from the order of the Special Term, as of right.